**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Criminal No. SA-19-CR-00785-FB** |
| | § | |
| **ABELARDO GALLEGOS (1),** | § | |
| **CHRISTIAN JAVIER CRUZ ORTIZ (2),** | § | |
| **DELMY SONIA MONTERROSA** | § | |
| **AYALA (3)** | § | |
| | § | |
| **Defendants.** | § | |

## ADVISORY TO THE COURT REGARDING FORFEITURE

**TO THE HONORABLE, UNITED STATES DISTRICT JUDGE**:

NOW COMES the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture in this case. The Unites States respectfully advises the Court as follows:

**I.**

On October 23, 2019, an Indictment (Doc. 17) was returned against Defendants ABELARDO GALLEGOS, CHRISTIAN JAVIER CRUZ ORTIZ, and DELMY SONIA MONTERROSA, hereinafter referred to as “Defendants,” charging them with the violations of Title 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A) and Title 18 U.S.C. § 924(c)(1)(A).

The Indictment included a Notice of Government’s Demand for Forfeiture providing notice of the Government’s intent to seek forfeiture of the following:

1. **Smith & Wesson 9 MM Model # SW9VE, serial number DUV4230; and**
2. **Any related ammunition and firearm accessories,**

hereinafter referred to as the “Subject Personal Property.”

**II.**

Here, the Government will not be filing a motion for preliminary order of forfeiture, because the Subject Personal Property listed in the indictment was determined to be stolen through further investigation by Drug Enforcement Administration. The Subject Personal Property was returned to local law enforcement. The United States is unable to forfeit any assets that are not in the custody of a federal law enforcement agency.

Accordingly, the Government respectfully files this Advisory to notify this Honorable Court and the Defendant that the Government will not be pursuing criminal forfeiture in the instant case.

Respectfully submitted,

JOHN F. BASH
United States Attorney
Western District of Texas

By: /s/ ______________________________
ANTONIO FRANCO, JR.
Assistant United States Attorney
Asset Forfeiture Section
601 N.W. Loops 410, Suite 600
San Antonio, Texas 78216
Tel.: 210-384-7040
Fax: 210-384-7045
Texas Bar No. 00784077
Email: Antonio.Franco@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020 a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant.

Molly Lizbeth Roth
Federal Public Defender's Office
727 E. Cesar E. Chavez Blvd, Room B-207
San Antonio, TX 78206
Email: molly_roth@fd.org
*(Attorney for Defendant Abelardo Gallegos)*

Mario A. Trevino
Law Office of Mario A. Trevino
111 Soledad, Suite 1150
San Antonio, TX 78205
Email: trevinomtrev@aol.com
*(Attorney for Defendant Christian Javier Cruz Ortiz)*

Jennifer Nisbet
Law Office of Jennifer Nisbet
1733 Corita
San Antonio, TX 78209
Email: Jennifernisbet@netzero.com
*(Attorney for Defendant Delmy Sonia Monterrosa Ayala)*

/s/ ________________________________
ANTONIO FRANCO, JR.
Assistant United States Attorney